Exhibit 1

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,283,271
Registered Jun. 26, 1984

## TRADEMARK
Principal Register

## QUATTRO

Audi NSU Auto Union Aktiengesellschaft (Fed. Rep.
of Germany corporation)
Neckarsulm, Fed. Rep. of Germany D-7107

For: AUTOMOBILES, in CLASS 12 (U.S. Cl. 19).

First use Jan. 1982; in commerce Jan. 1982.
The word "Quattro" means "four" in Italian.

Ser. No. 354,288, filed Mar. 12, 1982.

BARRY SOLOMON, Examining Attorney

Int. Cls.: 12 and 42

Prior U.S. Cls.: 19, 21, 23, 31, 35, 44, 100 and 101

**Reg. No. 2,083,439**

# United States Patent and Trademark Office

Registered July 29, 1997

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



AUDI AG (FED REP GERMANY CORPORA-
TION)
POSTFACH 100220
W–8070 INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).
FIRST USE 4–0–1995; IN COMMERCE
4–0–1995.
FOR: AUTOMOBILE DEALERSHIP SERV-
ICES, NAMELY, RETAIL SALES OF AUTOMO-
BILES AND STRUCTURAL PARTS THERE-
FOR, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 4–0–1995; IN COMMERCE
4–0–1995.

OWNER OF U.S. REG. NOS. 708,352, 1,793,869
AND OTHERS.

SER. NO. 75–090,951, FILED 4–4–1996.

KATHY DE JONGE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,848,240**

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045
**Registered Sep. 14, 2010** INGOLSTADT, FED REP GERMANY

**Int. Cls.: 27 and 28**

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-31-1983; IN COMMERCE 1-31-1983.

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: GAMES AND PLAY THINGS, NAMELY, MODEL CARS, CHILDREN'S PEDAL CARS AND PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-2000; IN COMMERCE 9-30-2000.

THE MARK CONSISTS OF FOUR INTERLOCKING RINGS.

SN 77-416,001, FILED 3-7-2008.

KEVON CHISOLM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# QUATTRO

**Reg. No. 3,702,707**
Registered Oct. 27, 2009

**Int. Cl.: 27**

**TRADEMARK**
**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045
INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILE FLOOR MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 5-31-2008; IN COMMERCE 5-31-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF THE WORD "QUATTRO" IN THE MARK IS FOUR.

SN 77-488,336, FILED 6-2-2008.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cls.: 3, 6, 8, 9, 12, 14, 16, 18, 21, 24, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 12, 13, 14, 19, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 33, 35, 36, 37, 38, 39, 40, 41, 42, 44, 50, 51 and 52

Reg. No. 3,007,305

## United States Patent and Trademark Office

Registered Oct. 18, 2005

## TRADEMARK
### PRINCIPAL REGISTER



AUDI A.G. (FED REP GERMANY CORPORATION)
85045
INGOLSTADT, FED REP GERMANY 85045

FOR: AUTOMOBILE CLEANING PREPARATIONS, NAMELY SEALER POLISH, WASH AND WAX SPRAY, LEATHER CLEANER, DETAILING SPRAY AND GLASS CLEANER, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-31-2000; IN COMMERCE 12-31-2000.

FOR: METAL KEY RINGS AND MONEY CLIPS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: CUTLERY, NAMELY MINIATURE POCKET KNIVES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: SUNGLASSES; PDA CASES; MOUSE PADS; PROTECTIVE CAR MAINTENANCE WORK GLOVES; GOLF SCOPES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: AUTOMOBILE WHEELS AND VALVE STEM CAPS; FABRIC TIRE COVERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-31-1970; IN COMMERCE 12-31-1970.

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: PENS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: LEATHER GOODS, NAMELY TRAVEL ORGANIZERS IN THE NATURE OF BRIEF-CASE TYPE PORTFOLIOS, WALLETS, HAND BAGS AND BRIEFCASES; CANVAS TOTE BAGS; LUGGAGE AND DUFFLE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: BEVERAGE MUGS; HOUSEHOLD GLOVES FOR CAR MAINTENANCE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: STADIUM BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: APPAREL, NAMELY SWEATER VESTS, CAPS, VISORS, SWEATSHIRTS, WIND RESISTANT

JACKETS, CAMP SHIRTS, WOVEN SHIRTS, SWEATERS, T-SHIRTS, JACKETS, DENIM SHIRTS, TURTLENECK SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: GOLF BAGS, GOLF CLUB COVERS, PLASTIC TOY CARS FOR CHILDREN, SCALE MODEL REPLICA CARS FOR COLLECTORS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

OWNER OF U.S. REG. NOS. 906,525, 2,083,439 AND OTHERS.

THE MARK CONSISTS OF FOUR INTERLOCKING RINGS.

SER. NO. 78-339,523, FILED 12-11-2003.

GWEN STOKOLS, EXAMINING ATTORNEY

**Int. Cls.: 12 and 28**

**Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 38, 44 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,241,273

Registered May 15, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# QUATTRO

AUDI AG (FED REP GERMANY CORPORA-
TION)
85045
INGOLSTADT, FED REP GERMANY

FOR: METAL LICENSE PLATE FRAMES, METAL
PLAQUES FOR AFFIXING TO AUTOMOBILES, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-31-2000; IN COMMERCE 12-31-2000.

FOR: CHILDREN'S RIDABLE TOY CARS, IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS FOUR.

SER. NO. 78-487,861, FILED 9-22-2004.

JAMES A. RAUEN, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

Reg. No. 3,201,037

Registered Jan. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER



AUDI A.G. (FED REP GERMANY CORPORA-TION)
D-85045
INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-22-1936; IN COMMERCE 1-22-1936.

OWNER OF U.S. REG. NOS. 906,525 AND 2,987,328.

THE MARK CONSISTS OF FOUR INTERLOCK-ING RINGS.

SER. NO. 78-740,119, FILED 10-25-2005.

JENNIFER KRISP, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,405,143**

**Registered Sep. 24, 2013**

**Int. Cls.: 4, 9, 12, 14, 16, 18, 25, 27 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Teresa Stanek Rea*

Deputy Director of the United States Patent and Trademark Office

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045 INGOLSTADT
FED REP GERMANY

FOR: INDUSTRIAL OILS AND GREASES; INDUSTRIAL LUBRICANTS; DUST ABSORBING, WETTING, AND BINDING COMPOSITIONS; FUELS, NAMELY, MOTOR SPIRIT; ILLUMINANTS; CANDLES AND WICKS FOR LIGHTING, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: INTERACTIVE, COMPUTERIZED AUTOMOTIVE CONTROL SYSTEM FOR INTEGRATING, MANAGING AND PROVIDING DRIVER ACCESS TO FUNCTIONS OF AUTOMOBILE NAVIGATION SYSTEM, ENTERTAINMENT FEATURES, NAMELY, CD PLAYERS, DVD PLAYERS, MP3 PLAYERS, TAPE PLAYERS AND RADIO, COMMUNICATIONS EQUIPMENT, NAMELY, TELEPHONES, VEHICLE ENVIRONMENTAL INFORMATION AND CONTROLS REGARDING HEATING AND COOLING AND AUTOMOBILE CONTROL SYSTEMS, ALL INCORPORATED INTO A MOTOR VEHICLE; KEYLESS ENTRY SYSTEM AND KEYLESS IGNITION SWITCH SYSTEM FOR AUTOMOTIVE VEHICLES COMPRISED OF A MICROPROCESSOR, ELECTRONIC SIGNAL RECEIVER, AND KEYFOB WITH ELECTRONIC SIGNAL TRANSPONDER; DIGITAL SWITCHING SYSTEMS COMPRISED OF INTERCONNECTED ELECTROMECHANICAL AND SOLID-STATE POWER MANAGEMENT ENCLOSURES WITH STANDARD AND CUSTOM KEYPADS FOR USER REMOTE CONTROL, THE FOREGOING FOR USE ON AUTOMOTIVE VEHICLE DASHBOARDS; DASHBOARD CRUISE CONTROLS AND TACHOMETERS FOR MOTOR VEHICLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: WATCHES, WRISTWATCHES, MECHANICAL WATCHES, CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: WALL CALENDARS AND PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF AUTOMOTIVE MAINTENANCE, REPAIR AND SERVICING AND VEHICLE OPERATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS, NAMELY, KEY CHAINS, KEY CASES, GARMENT BAGS, SPORTS BAGS, GENERAL

**Reg. No. 4,405,143**  PURPOSE TROLLEY BAGS; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS; PARASOLS AND WALKING STICKS; WHIPS; HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, POLO SHIRTS, JACKETS, CAPS AND HATS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: AUTOMOBILE FLOOR MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MODEL CARS AND TOY CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF A STYLIZED "S" WHICH PARTIALLY OVERLAPS WITH A SLANTED RECTANGLE ON THE LEFT. BOTH THE "S" AND THE BORDER OF THE RECTANGLE ARE SHADED TO INDICATE A METALLIC SHEEN.

PRIORITY DATE OF 11-22-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1129629 DATED 3-13-2012, EXPIRES 3-13-2022.

SER. NO. 79-118,041, FILED 3-13-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# AUDI

**Reg. No. 4,995,364**

**Registered July 12, 2016**

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045 INGOLSTADT
FED REP GERMANY

**Int. Cls.: 9, 12, 14, 16, 18, 25, 27, 28 and 37**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: CAR RADIOS, CALCULATING MACHINES FOR MOTOR CARS, SPECTACLES, SKI GOGGLES, SOUND OR IMAGE MEDIA, RECORDED OR NOT, NAMELY, VIDEO DISCS, AUDIO CASSETTES AND AUDIO AND VIDEO TAPES FEATURING INSTRUCTIONAL AUTOMOTIVE REPAIR INFORMATION AND INSTRUCTIONAL INFORMATION ABOUT HOW TO OBTAIN INFORMATION REGARDING REAL TIME TRAFFIC JAMS AND THE STATUS OF AUTOMOTIVE NAVIGATION SYSTEMS; APPARATUS FOR RECORDING, TRANSMITTING AND REPRODUCING SOUND OR IMAGES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: AUTOMOBILES; MOTORS FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: JEWELLERY, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES; KEY RINGS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MAGAZINES AND BOOKLETS FEATURING TECHNICAL INFORMATION CONCERNING CAR MAINTENANCE, CAR INFORMATION; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: TRUNKS AND SUITCASES; UMBRELLAS; LEATHER AND IMITATION LEATHER GOODS, NAMELY, PURSES, WALLETS, RUCKSACKS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: SPECIAL CLOTHING FOR RALLY PILOTS, NAMELY, PROTECTIVE CLOTHING MADE WITH FLAMEPROOF MATERIALS, ONLY DISTRIBUTED IN SHOP SPECIALIZING IN MOTORCYCLE SPORTS AND RALLIES, INCLUDING BOOTS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CAR FLOOR MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MODEL CARS, GYMNASTIC AND SPORTING APPARATUS, NAMELY GOLF CLUBS, GOLF CLUB BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,995,364**   FOR: MOTOR VEHICLE MAINTENANCE, REPAIR AND SERVICING, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0716147 DATED 3-12-1999, EXPIRES 3-12-2019.

SER. NO. 79-170,331, FILED 5-27-2015.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



# Audi

**Reg. No. 4,284,786**

**Registered Feb. 5, 2013**

**Int. Cls.: 12, 35 and 37**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY CORPORATION)
85045
INGOLSTADT, FED REP GERMANY

FOR: (BASED ON 44(E)) VEHICLES AND THEIR STRUCTURAL PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: (BASED ON USE IN COMMERCE) RETAIL STORE SERVICES FEATURING AUTO-MOBILES, AUTOMOBILE PARTS AND ACCESSORIES; DEALERSHIPS IN THE FIELD OF AUTOMOBILES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-30-2012; IN COMMERCE 4-30-2012.

FOR: (BASED ON 44(E)) REPAIR, MAINTENANCE AND SERVICING OF VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302011030104, FILED 5-31-2011, REG. NO. 302011030104, DATED 8-11-2011, EXPIRES 5-31-2021.

THE MARK CONSISTS OF FOUR INTERLOCKING RINGS HORIZONTALLY PLACED AND APPEARING ABOVE THE WORD "AUDI".

SER. NO. 85-466,938, FILED 11-8-2011.

AMY KELLY, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,457,305**

**Registered May 01, 2018**

**Int. Cl.: 6, 12**

**Trademark**

**Principal Register**

Audi AG (GERMANY CORPORATION)
85045
Ingolstadt, FED REP GERMANY

CLASS 6: Goods of metal, namely, badges for vehicles

CLASS 12: Land vehicles, namely, automobiles and their structural parts; radiator grilles; non-metal emblems for vehicles, namely, automotive hood ornaments, insignia for vehicles and automotive exterior metal decorative trim

PRIORITY CLAIMED UNDER SEC. 44(D) ON GERMANY APPLICATION NO. 302017003592, FILED 02-13-2017, REG. NO. 302017003592, DATED 02-13-2017, EXPIRES 02-28-2027

The mark consists of the letters "R" and "S" in block capitalized letters, outlined, with the letter "R" interposed over a rectangular block, double-outlined.

SER. NO. 87-509,102, FILED 06-28-2017

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,093,264**

**Registered Dec. 06, 2016**

**Int. Cl.: 11, 35**

**Service Mark**

**Trademark**

**Principal Register**

AUDI AG (GERMANY JOINT STOCK COMPANY)
85045 Ingolstadt
FED REP GERMANY

CLASS 11: Lighting apparatus for vehicles; lighting apparatus, namely, lighting fixtures and lighting installations

CLASS 35: Advertising, business management

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1095393 DATED 06-16-2011, EXPIRES 06-16-2021

SER. NO. 79-170,349, FILED 05-27-2015
KATHLEEN MARY VANSTON, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.