**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | Case No. 20-cv-00946 |
| Plaintiff, | **Judge Charles P. Kocoras** |
| v. | **Magistrate Judge Sidney I. Schenkier** |
| AHOUR STORE, et al., | |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Volkswagen

Group of America, Inc. ("Plaintiff") hereby dismisses this action with prejudice as to the following

Defendants:

| Defendant Name | Line No. |
|---|---|
| Comoto | 99 |
| czyouth0213 | 100 |
| dewesa | 101 |

Dated this 8th day of May 2020.    Respectfully submitted,

/s/ Allyson Martin_____
Amy C. Ziegler
Justin R. Gaudio
Allyson Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Volkswagen Group of America, Inc.*

1